the Fourteenth Amendment, violated where a timely motion for a continuance was denied, although inflammatory and prejudicial statements concerning petitioner had been widely and intensively disseminated in the press and in national magazines, and through the media of radio and television, commencing prior to the indictment of petitioner and continuing until the date of trial?

"3. Was the petitioner's right to a fair trial, as guaranteed by the due process clause of the Fourteenth Amendment, violated where a seasonable application for a change of venue was denied, although inflammatory and prejudicial statements concerning petitioner had been widely and intensively disseminated in the press and in national magazines, and through the media of radio and television, commencing prior to the indictment of petitioner and continuing until the date of trial?"

*Charles S. Burdell* and *Donald McL. Davidson* for petitioner. *William L. Paul, Jr.* for respondent.

No. 716. LOCAL 174, TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* LUCAS FLOUR CO. Supreme Court of Washington. Certiorari granted. *Francis Hoague* for petitioner. *Stuart G. Oles* and *Seth W. Morrison* for respondent.

No. 735. MOSHEIM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Percy D. Williams* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.